This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v. **NO. 35,750**

**ADAM BUSTAMANTE,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Charles W. Brown, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
Jason Yamato, Assistant Attorney General
Albuquerque, NM

for Appellee

The Law Offices of the Public Defender
Christopher Dodd
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**VANZI, Judge.**

{1}     The State sought to appeal from an order by the district court entitled "order granting Defendant's motion to compel production of forensic copy." [DS 2, 4; RP 11-12] We issued a notice proposing to dismiss for lack of a final, appealable order. In response, the State filed a motion to dismiss, wherein the State does not oppose our proposed disposition and indicates its intent not to pursue the appeal. Defendant filed a response, requesting that this Court issue an opinion to ensure "a full and complete record in this case."

{2}     For the reasons stated above and set forth in our notice of proposed disposition, we dismiss the State's appeal.

{3}     **IT IS SO ORDERED.**


_____
**LINDA M. VANZI, Judge**

**WE CONCUR:**


_____
**MICHAEL E. VIGIL, Chief Judge**


_____
**STEPHEN G. FRENCH, Judge**